**No. 10-5324. Eric V. Miller, Petitioner v. United States.**

562 U.S. 915, 131 S. Ct. 277, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 6884.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 366 Fed. Appx. 717.

**No. 10-5325. John Bolden, Petitioner v. United States.**

562 U.S. 915, 131 S. Ct. 277, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 7046.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 596 F.3d 976.

**No. 10-5326. Joseph Jamene Moore, Petitioner v. United States.**

562 U.S. 915, 131 S. Ct. 277, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 7027,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 372 Fed. Appx. 269.

**No. 10-5327. Ismael Morales, Petitioner v. Florida.**

562 U.S. 915, 131 S. Ct. 277, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 6941.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

**No. 10-5331. Stephen F. Buzzell, et ux, Petitioners v. Town Council of the Town of Kilmarnock, et al.**

562 U.S. 915, 131 S. Ct. 278, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 7142.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-5332. Pete Nechovski, Petitioner v. United States.**

562 U.S. 915, 131 S. Ct. 278, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 7020.

October 4, 2010. Petition for writ to the United States Court of Appeals for the Sixth Circuit certiorari denied.

Same case below, 372 Fed. Appx. 568.

**No. 10-5333. Christian F. Meister, Petitioner v. Mike Scott, et al.**

562 U.S. 915, 131 S. Ct. 278, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 6881.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5335. Connie Marshall, Petitioner v. David Huber, et al.**

562 U.S. 916, 131 S. Ct. 278, 178 L. Ed. 2d 183, 2010 U.S. LEXIS 6953.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.